# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

---

In Re:

Mauricio Romy,
Angela Romy,
aka Angela Martinez,

      Debtor(s).

---

Case Number: **21-10643**
Chapter: **13**

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF

Notice is hereby given that VW Credit, Inc. ("Movant"), is withdrawing its **Motion for Relief from Automatic Stay** (the "Motion"), filed on October 05, 2023 as ECF Doc# 66.

Dated: October 16, 2023

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for VW Credit, Inc.

6229-N-4606

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest via the Court's CM/ECF electronic notification system, or pre-paid regular U.S. Mail if indicated below on before <u>October 17, 2023</u>:

**Debtor**  *Via U.S. Mail*
Mauricio Romy
1778 Breckenridge Ct
Fox Lake, IL 60020

**Debtor**  *Via U.S. Mail*
Angela Romy
1778 Breckenridge Ct
Fox Lake IL 60020

**Debtor's Attorney**
David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

**Chapter 13 Trustee**
Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532

**US Trustee**
Office of the U.S.Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

**Co-Debtor(s)**
Gloria Agudelo
1778 Breckenridge Ct
Volo, Illinois 60020

        Respectfully Submitted,

        <u>/s/Wesley T. Kozeny      </u>
        Wesley T. Kozeny